USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _6/20/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY RODRIGUEZ, *on behalf of himself,*
*individually, and on behalf of all others similarly-*
*situated,*

<div style="margin-left:2em">Plaintiff,</div>

Case No.: 18-cv-7933(ALC)(OTW)

<div style="margin-left:1em">-against-</div>

149 STREET FOOD CORP. (D/B/A FINE FARE
SUPERMARKET), 675 MORRIS AVE FOOD
CORP. (D/B/A FINE FARE SUPERMARKET),
FRANK   PIMENTEL,   individually,   DAISY
PIMENTEL, individually, and RIGO DELGADO,
individually,

**ORDER OF
DISMISSAL WITH PREJUDICE**

<div style="margin-left:2em">Defendants.</div>
------------------------------------------------------------X

**IT IS HEREBY ORDERED** by the Court, that:

(a) the Parties' settlement, including the settlement of claims under the Fair Labor

Standards Act, is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake*

*House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F.Supp.2d

332 (S.D.N.Y. 2012);

(b) the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2)

of the Federal Rules of Civil Procedure, and without an award of costs, disbursements, or

attorneys' fees to any party except as otherwise provided for in the Parties' settlement

agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the Parties' settlement agreement.

**SO ORDERED:**

New York, New York
June 20, 2019

The Honorable Andrew L. Carter
United States District Judge